UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
Robert Alexander Grimsley,

                Plaintiff,                        JUDGMENT

        v.                             24-cv-05986-RPK-MMH

Nike, Inc., et al.,

                Defendants.
------------------------------------------------------------ X
        An Order of Honorable Rachel P. Kovner, United States District Judge, having been filed

on October 18, 2024, dismissing this case without prejudice; certifying pursuant to 28 U.S.C. §

1915(a)(3) that any appeal of this Order would not be taken in good faith; and denying *in forma*

*pauperis* status for the purpose of an appeal, *See Coppedge v. United States*, 369 U.S. 438, 444-45

(1962); it is

        ORDERED and ADJUDGED that this case is dismissed without prejudice; that pursuant

to 28 U.S.C. § 1915(a)(3), any appeal of this Order would not be taken in good faith; and that *in*

*forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369

U.S. 438, 444-45 (1962).

Dated: Brooklyn, NY                                Brenna B. Mahoney
       October 22, 2024                         Clerk of Court

                                               By: */s/Jalitza Poveda*
                                                 Deputy Clerk