IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
AT BROOKLYN

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 26 2024 ★
BROOKLYN OFFICE

ROBERT ALEXANDER GRIMSLEY
    Pltf,

vs.

NIKE, INC.; et al.
    Defendants.

Civil Action No.: 1:24-cv-05986-RPK-MMH

AFFADAVIT OF INTEREST
OF JUDGE

I, Robert Grimsley, first being sworn, state:

I am the pro se pltf for above-captioned matter that which the Hon. Rachel P. Kovner has a financial interest in. The Interest: Throwing my corpus into the statute ("strike zone") of in forma pauperis ("IFP") while i'm kidnapped.

Therefore, I request this to be placed to the docket, for Kovner to be disqualified, proceeding no further hereafter, and for all her rulings to be vacated.

STATED BEFORE NOTARY PUBLIC ON DATE: 12/13/24

_R. Grimsley_
AFFIANT

REC'D IN PRO SE OFFICE
DEC 27 '24 PM 3:08

SWORN BEFORE ME ON DATE: 12/13/2024

_Jack Howser_
NOTARY PUBLIC



OFFICIAL STAMP
JACK THOMAS HOWSER
NOTARY PUBLIC - OREGON
COMMISSION NO. 1053238
MY COMMISSION EXPIRES OCTOBER 29, 2028

Oregon Department of Corrections - Mail
Institution: TRCI
SID: 21089091
Name: Robert Grimsley
Address: 82911 Beach Access Rd.
City: Umatilla   State: OR   Zip: 97882

PORTLAND OR RPDC 972
17 DEC 2024 PM 3 L

HAPPY Holidays
USA FOREVER

USMS

Clerk of US Dist Court
Eastern Dist. of New York
225 Cadman Plaza East
Brooklyn, NY 11201

11201-183299